```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

DAMON JONES,

            Plaintiff,

  - against -

GENERAL STORE OF EXCELSIOR, INC.,

            Defendant.

23-cv-2780(JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by **May 31, 2023**.

SO ORDERED.

Dated: New York, New York
May 17, 2023

/s/ John G. Koeltl
John G. Koeltl
United States District Judge