UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMON JONES,
                    Plaintiff(s)

      -against-

GENERAL STORE OF EXCELSIOR, INC.,
                    Defendant(s).
------------------------------------------------------------X

23 civ 2780 (JGK)

## ORDER

A revised scheduling order having been entered on July 19, 2023,

The conference scheduled for August 8, 2023, at 12:00pm, is canceled.

**SO ORDERED.**

                                                JOHN G. KOELTL
                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 20, 2023