UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAMON JONES individually and on behalf of all
others similarly situated,

                              Plaintiffs,

      -against-

GENERAL STORE OF EXCELSIOR, INC.

                             Defendant.
-------------------------------------------------------------------X

Case No. 23-cv-2780

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: August 11, 2023

New York, New York

| MARS KHAIMOV LAW, PLLC | COUSINEAU MALONE, P.A. |
|---|---|
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | Tamara L. Novotny, Esq. |
| 100 Duffy Avenue, Suite 510 | 12800 Whitewater Drive, Suite 200 |
| Hicksville, New York 11801 | Minnetonka, MN 55343 |
| Tel.: 929.324.0717 (direct) | Tel.: 952-525-6939 |
| mars@khaimovlaw.com | tnovotny@cousineaulaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J

9/6/23

4895-5040-3388.1